AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
DEC 20 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  4-10-70990-MAG |
| Robert Edward Fulton | ) | |
|  | ) | Charging District:  District of Hawaii, Honolulu |
| *Defendant* | ) | Charging District's Case No.  CR10-00806SOM |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court, District of Hawaii 300 Ala Moana Blvd., Rm. C338 Honolulu, HI 96850 | Courtroom No.: Judge Barry M. Kurren |
|---|---|---|
| | | Date and Time: Jan. 25, 2011 at 2:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 12/20/10

*Judge's signature*

DONNA M. RYU, United States Magistrate Judge
*Printed name and title*

cc: Copy to parties of record, Pretrial Services, Judge Barry M. Kurren's Chambers, 2 certified copies to U.S. Marshal